J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA   95814
(916) 442-1932

PatMcCarthy901@hotmail.com

Attorney for Jorge Omar Arredondo-Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:23-CR-00162-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE AND CHANGE SENTENCING SCHEDULE |
| vs. | |
| JORGE OMAR ARREDONDO-GARCIA, et al. | Date:  November 24, 2025<br>Time:  9:30 am |
| Defendants. | Judge:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the Government, through Assistant United States Attorney Adrian Kinsella, and Defendant Jorge Omar Arredondo-Garcia, through his undersigned counsel, as follows:

1. This case was previously set for Judgment & Sentencing on November 24, 2025.  A final Presentence Report was filed on October 31, 2025.  The parties agree that there will be formal objections and additional time is needed because the defendant is incarcerated in the Yuba County jail & requires a Spanish interpreter to review all documents and discuss case details & document preparation.  As a result, the parties agree to convert the next date to a sentencing date and set a sentencing schedule

 2. The parties request that the Court set this case for sentencing on January 26, 2026.

3. After consulting with the U.S. Probation Office, the parties agree to the following sentencing schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | January 26, 2026 |
| Reply or Statement of Non-Opposition: | January 19, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 12, 2026 |

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

IT IS SO STIPULATED.

Dated: November 7, 2025                              Respectfully submitted,

                                                                          */s/ J. Patrick McCarthy*
                                                                          J. PATRICK McCARTHY, Attorney for
                                                                          Defendant Arredondo-Garcia

Dated: November 7, 2025                              */s/ Adrian Kinsella*
                                                                          ADRIAN KINSELLA,
                                                                          Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case previously scheduled for November 24, 2025, is continued to January 26, 2026, at 9:30 a.m. and the schedule for filing of documents related to the presentence report proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:  **November 19, 2025**                      _____
                                                                          DALE A. DROZD
                                                                          UNITED STATES DISTRICT JUDGE