J. PATRICK McCARTHY
Attorney at Law, #41920
901 H Street, Suite 304
Sacramento, CA    95814
(916) 442-1932

PatMcCarthy901@hotmail.com

Attorney for Jorge Omar Arredondo-Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

*   *   *   *   *

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:23-CR-00162-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING DATE AND CHANGE SENTENCING SCHEDULE |
| vs. | |
| JORGE OMAR ARREDONDO-GARCIA, et al. | Date:  January 26, 2026 Time:  9:30 am |
| Defendants. | |
| / | Judge:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the Government, through Assistant United States Attorney Adrian Kinsella, and Defendant Jorge Omar Arredondo-Garcia, through his undersigned counsel, as follows:

1.  This case was previously set for Judgment & Sentencing on November 24, 2025 and continued to January 26, 2026.   A final Presentence Report was filed on October 31, 2025. The parties agree that there will be formal objections and additional time is needed because Mr. McCarthy's longtime secretary/legal assistant suddenly passed away in December, 2025, and the loss of her assistance in preparing pleadings has rendered the preparation of formal objections extremely difficult. Diving into her computer to pull out ongoing work will take time and expertise beyond Mr. McCarthy's capabilities. Additionally, the defendant is incarcerated in the Yuba County jail & requires a Spanish interpreter to review all documents and discuss case

Stipulation/Order to Continue Sentencing                                                                           1

details & document preparation.  As a result, the parties agree to convert the next date to a

sentencing date and set a sentencing schedule

 2.  The parties request that the Court set this case for sentencing on May 18, 2026.

3.  After consulting with the U.S. Probation Office, the parties agree to the following sentencing

schedule:

 Judgment and Sentencing Date:                          May 18, 2026

Reply or Statement of Non-Opposition:                   May 11, 2026

Formal Objections to the Presentence Report
shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:    May 4, 2026

        4.  The parties agree that good cause exists for the extension of time, and that the

extension of time would not adversely affect the public interest in the prompt disposition of

criminal cases.

IT IS SO STIPULATED.

Dated:  January 9, 2026                      Respectfully submitted,


                                             /s/ J. Patrick McCarthy
                                             J. PATRICK McCARTHY,  Attorney for
                                             Defendant Arredondo-Garcia


Dated:  January 9, 2026                      /s/ Adrian Kinsella
                                             ADRIAN KINSELLA,
                                             Assistant United States Attorney


**ORDER**

        Pursuant to the stipulation of the parties and good cause appearing, the sentencing

hearing previously scheduled for January 26, 2026, is continued to May 18, 2026 at 9:30 a.m.

and the presentence report related filing dates proposed by the parties are adopted.

        IT IS SO ORDERED.

Dated:    **January 10, 2026**              _____
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

Stipulation/Order to Continue Sentencing                                        2