ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JORGE OMAR ARREDONDO-GARCIA,<br><br>                    Defendant. | CASE NO.  2:23-CR-0162-DAD-1<br><br>STIPULATION REQUESTING A CONTINUANCE OF THE JUDGMENT AND SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: May 18, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.      By previous order, this matter was set for a sentencing hearing on  May 18, 2026.  ECF No. 143.  By this stipulation, defendant now moves to continue this hearing until August 10, 2026, at 9:30 a.m. and the presentence related filing dates proposed by the parties are adopted.

2.      The parties agree and stipulate, and request that the Court find the following:

        a)      The parties need additional time to time to prepare for sentencing and mitigation.

        b)      The government does not object to the continuance.

        c)      The parties also request that the deadline for the Reply or Statement of Non-Opposition be continued to August 3, 2026.

//

//

STIPULATION REQUESTING A CONTINUANCE OF THE
J&S HEARING

1

IT IS SO STIPULATED.

Dated:  May 12, 2026

ERIC GRANT
United States Attorney


By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated:  May 12, 2026

/s/ J. PATRICK MCCARTHY
J. PATRICK MCCARTHY
Counsel for Defendant
JORGE OMAR ARREDONDO-GARCIA


**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to this defendant is continued from on  May 18, 2026 to August 10, 2026, at 9:30 a.m. and the presentence related filing dates proposed by the parties are adopted.

IT IS SO ORDERED.

Dated:  **May 12, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REQUESTING A CONTINUANCE OF THE
J&S HEARING

2