ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE OMAR ARREDONDO-GARCIA,<br>Defendant. | CASE NO. 2:23-CR-0162-DAD-1<br><br>STIPULATION REQUESTING A CONTINUANCE OF THE JUDGMENT AND SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: August 10, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for a sentencing hearing on August 10, 2026. ECF No. 154. By this stipulation, defendant now moves to continue this hearing until October 26, 2026.

2. The parties agree and stipulate, and request that the Court find the following:

a) The parties need additional time to time to prepare for sentencing and mitigation.

b) The government does not object to the continuance.

c) The parties also request that the deadline for the Reply or Statement of Non-Opposition be continued to October 19, 2026.

//

//

IT IS SO STIPULATED.

Dated: August 5, 2026

ERIC GRANT
United States Attorney

By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: August 5, 2026

/s/ J. PATRICK MCCARTHY
J. PATRICK MCCARTHY
Counsel for Defendant
JORGE OMAR ARREDONDO-GARCIA

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing as to defendant Arredondo-Garcia previously scheduled for August 10, 2026, is continued to October 26, 2026, at 9:30 a.m. and the deadline for the Reply or Statement of Non-Opposition is continued to October 19, 2026

IT IS SO ORDERED.

Dated: **August 5, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE