ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE OMAR ARREDONDO-GARCIA,<br>Defendant. | CASE NO. 2:23-CR-0162-DAD-1<br><br>STIPULATION REQUESTING A CONTINUANCE OF THE JUDGMENT AND SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: October 26, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for a sentencing hearing on October 26, 2026. ECF No. 174. By this stipulation, defendant now moves to continue this hearing until November 23, 2026.

2. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant needs additional time to time to prepare for sentencing and mitigation.

b) The government does not object to the continuance.

c) The parties also request that the deadline for the Reply or Statement of Non-Opposition be continued to November 16, 2026.

//

//

IT IS SO STIPULATED.

Dated: October 19, 2026

ERIC GRANT
United States Attorney

By: /s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: October 19, 2026

/s/ J. PATRICK MCCARTHY
J. PATRICK MCCARTHY
Counsel for Defendant
JORGE OMAR ARREDONDO-GARCIA

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for October 26, 2026, in this case is continued to November 16, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 19, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE